IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOCKHART, a.k.a. ABDUL ALADIN,<br><br>    Plaintiff,<br><br>  v.<br><br>OAKLAND POLICE DEPARTMENT; MARCUS MIDYETT; PHIL GREEN; RICHARD ANDREOTTI; ERSIE JOYNER, III,<br><br>    Defendants.      / | No. C 10-5379 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

## INTRODUCTION

Plaintiff, an inmate at San Quentin State Prison, filed this pro se civil rights case pursuant to 42 U.S.C. 1983. He has been granted leave to proceed in forma pauperis is in a separate order.

## ANALYSIS

In complaint, plaintiff claims that defendants, officers of the Oakland Police Department, fabricated evidence against him for use in his prosecution on criminal charges in state court. These claims are duplicative of claims that plaintiff raised in an earlier case filed in this court. *See Lockhart v. Oakland Police Department, et al.,* No. 10-4050 WHA (PR).

Duplicative or repetitious litigation of virtually identical causes of action is subject to dismissal under 28 U.S.C. 1915 as malicious. *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988). This is true even where the new complaint repeats the same claims but against new defendants. *Ibid.* "Dismissal of the duplicative lawsuit, more so than the issuance of a stay or the enjoinment of proceedings, promotes judicial economy and the 'comprehensive disposition of litigation.'" *Adams v. California*, 487 F.3d 684, 692-93, 694 (9th Cir. 2007) (citation omitted).

Plaintiff's prior case was dismissed without prejudice to refiling when plaintiff's criminal conviction is dismissed, expunged, vacated or overturned. The allegations in the complaint in the present case make clear that his criminal conviction is still in force. For this reason, and because plaintiff's claims are duplicative of claims that he raised in a prior action, the instant action will be dismissed.

**CONCLUSION**

For the foregoing reasons, this case is **DISMISSED**.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: February   10  , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\LOCKHART5379.DSM.wpd